1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
2  ACE T. TATE, ESQ. (SBN 262015)
   **MASTAGNI HOLSTEDT**
3  A Professional Corporation
   1912 "I" Street
4  Sacramento, California 95811
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614
   davidm@mastagni.com
6  istevens@mastagni.com
   atate@mastagni.com

Attorneys for Plaintiffs

STACEY N. SHESTON, ESQ. (SBN 186016)
**BEST BEST & KRIEGER LLP**
500 Capitol Mall
Suite 1700
Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010
Stacey.Sheston@BBKLaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN OLSON, et al., on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WOODLAND,<br><br>Defendant. | Case No. 2:16-cv-01477-JAM-AC<br><br>**JOINT REQUEST FOR APPROVAL OF SETTLEMENT AGREEMENT** |

The parties, Plaintiffs Brian Olson, Kathleen Bailey, Melissa Griffin, Stacey Brigham, Brett Hancock, Tamara Pelle, John Perez, Theresa Perez, Frank Ritter, Glenda Alexander, Greg Ford and Susan Stewart ("Plaintiffs"), and Defendant the City of Woodland (the "City") (collectively the "Parties") submit this Joint Request for Approval of Settlement Agreement ("Request").

**FACTUAL RECITATIONS**

1. Plaintiff Brian Olson commenced this action under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. Plaintiffs sought to recover back wages and associated damages and fees caused by the City's failure to include payments made in lieu of health insurance benefits ("cash-in-lieu benefits") in the regular rate of pay when calculating overtime. This case was filed as a "collective action," and the named Plaintiffs asserted claims on behalf of themselves and all similarly situated individuals pursuant to 29 U.S.C. section 216(b).

2. In addition to the named Plaintiff, thirteen additional individuals opted-in as plaintiffs by filing consents to join, including Kathleen Bailey, Melissa Griffin, Stacey Brigham, Brett Hancock, Tamara Pelle, John Perez, Theresa Perez, Frank Ritter, Glenda Alexander, Greg Ford and Susan Stewart (collectively "Plaintiffs").

3. The City represents that it calculated and paid overtime compensation arising out of cash-in-lieu benefits to all eligible employees (including current and former employees) for a period from July 1, 2013 through the July 1, 2016. When calculating the hours worked, the City took into account all overtime hours – whether that overtime consisted of "contract overtime" (i.e., overtime defined by agreement) or FLSA overtime. In addition to payment of overtime compensation, the City represents that it has paid all eligible employees liquidated damages in an amount equal to the amount of back wages, in an effort to ensure full and complete payment of all recoverable damages. The City issued these payments to all employees in March 2017, not conditioned on the execution of any release or waiver of claims. The parties agree that the City has paid Plaintiffs the maximum liability on all amounts owing within the limitations period (including wages, back pay, liquidated damages, fees, and costs).

4. Plaintiffs and their counsel have been notified that, on a going forward basis, commencing effective July 1, 2016, the City has modified its calculation of the regular rate of pay to include amounts paid as cash-in-lieu benefits.

5. Conditioned upon Court approval of the terms of this Agreement, the City has agreed to pay Plaintiffs' legal counsel (the law firm of Mastagni Holstedt) the amount of

$20,000.00, as full and complete attorneys' fees and costs for the prosecution of this action. This amount will be paid within ten (10) days of Court approval of this Request. The City concurs that this amount represents a reasonable fee for the nature of the work performed and the result obtained. Plaintiffs and their legal counsel also confirm that this amount represents reasonable compensation for the work performed and effort expended, in light of the expertise of the Mastagni Holstedt firm. A fully-executed copy of the parties Settlement Agreement is attached hereto as **Exhibit A**.

6. Based on the foregoing facts, the parties jointly request that the Court approve the settlement of this action. Once Court approval is obtained, the City will remit payment, and the Plaintiffs will dismiss this Action with prejudice.

Respectfully submitted,

Dated: May 23, 2017　　　　　　　　　　**MASTAGNI HOLSTEDT, APC**

　　　　　　　　　　　　　　　　　　　By: */s/ David E. Mastagni*
　　　　　　　　　　　　　　　　　　　DAVID E. MASTAGNI, ESQ.
　　　　　　　　　　　　　　　　　　　ISAAC S. STEVENS, ESQ.
　　　　　　　　　　　　　　　　　　　ACE T. TATE, ESQ.
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: May 23, 2017　　　　　　　　　　**BEST BEST & KRIEGER LLP**

　　　　　　　　　　　　　　　　　　　By: */s/ Stacey N. Sheston*
　　　　　　　　　　　　　　　　　　　STACEY N. SHESTON, ESQ.
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

## ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, the proposed settlement is hereby approved. Counsel are directed to file a request for dismissal of the entire action once payment has been remitted.

IT IS SO ORDERED:

DATED: 5/23/2017　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ,
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE