1  DAVID E. MASTAGNI, ESQ. (SBN 204244)
   ISAAC S. STEVENS, ESQ. (SBN 251245)
2  ACE T. TATE, ESQ. (SBN 262015)
   **MASTAGNI HOLSTEDT**
3  A Professional Corporation
   1912 "I" Street
4  Sacramento, California 95811
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614
   davidm@mastagni.com
6  istevens@mastagni.com
   atate@mastagni.com
7
   Attorneys for Plaintiffs
8
   STACEY N. SHESTON, ESQ. (SBN 186016)
9  LAURA J. FOWLER, ESQ. (SBN 186097)
   **BEST BEST & KRIEGER LLP**
10 500 Capitol Mall
   Suite 1700
11 Sacramento, CA 95814
   Telephone: (916) 325-4000
12 Facsimile: (916) 325-4010
   Stacey.Sheston@bbklaw.com
13 laura.fowler@bbklaw.com

14 Attorneys for Defendant

15                    IN THE UNITED STATES DISTRICT COURT

16                        EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN OLSON, et al., on behalf of himself and all similarly situated individuals,<br><br>            Plaintiffs,<br>v.<br><br>CITY OF WOODLAND,<br><br>            Defendant. | Case No. 2:16-cv-01477-JAM-AC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## STIPULATION

The parties to this action stipulate as follows:

1.  WHEREAS, on May 23, 2017 the parties filed a Joint Request for Approval of Settlement Agreement, attaching a copy of the signed settlement agreement (Dkt. No. 30).

2.  WHEREAS, on May 24, 2017 the Court issued an Order approving the parties request,

and directed the parties to file a request for dismissal of the entire action once payment had been remitted (Dkt. No. 31).

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that:

1. It is now appropriate to dismiss this action.
2. The parties request the Court issue an order dismissing this action with prejudice.

Respectfully submitted,

Dated: August 17, 2017                             **MASTAGNI HOLSTEDT, APC**

By: */s/ Ace T. Tate*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
Attorneys for Plaintiffs

Dated: August 17, 2017                             **BEST BEST & KRIEGER LLP**

By: */s/ Stacey N. Sheston*
STACEY N. SHESTON, ESQ.
LAURA J. FOWLER, ESQ.
Attorneys for Defendants

## **ORDER**

Based upon the foregoing, this action is hereby dismissed with prejudice. The Clerk shall close this file.

IT IS SO ORDERED:

DATED: 8/18/2017

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE